Certificate Number: 05781-MIE-DE-041232255

Bankruptcy Case Number: 26-47890



05781-MIE-DE-041232255

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 20, 2026</u>, at <u>7:25</u> o'clock <u>PM PDT</u>, <u>David C. Szostek</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Michigan</u>.

Date:   <u>July 21, 2026</u>           By:      <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:   <u>President</u>