Certificate Number: 05781-MIE-DE-041232249

Bankruptcy Case Number: 26-47890



05781-MIE-DE-041232249

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 20, 2026, at 7:25 o'clock PM PDT, Shelley A. Szostek completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Michigan.

Date: July 21, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President